**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6735**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

MONTE CLAY MOSLEY,

             Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  James P. Jones, Chief District Judge.  (3:95-cr-00016-jpj-1)

Submitted:  February 26, 2009          Decided:  March 3, 2009

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monte Clay Mosley, Appellant Pro Se.    Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monte Clay Mosley appeals the district court's order denying his motion for reconsideration of an order granting relief on his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Mosley's motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. Mosley, No. 3:95-cr-00016-jpj-1 (W.D. Va. Apr. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2